# Third District Court of Appeal
## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0897
Lower Tribunal No. 18-27948
_____

## Rodney Mandelstam and W Carol Mandelstam, LLC, etc.,
Appellant/Cross-Appellee,

vs.

## Cellco Partnership d/b/a Verizon Wireless, etc.,
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Kula & Associates, P.A., and Elliot B. Kula and W. Aaron Daniel, for appellant/cross-appellee.

Shutts & Bowen LLP and Julissa Rodriguez and Tirso M. Carreja, Jr. and Alyssa L. Cory, for appellee/cross-appellant.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.